**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FRANKLIN OSVALDO RUBIO | |
| Plaintiff | |
| v. | Case No.: 1:25-cv-01784-RBW |
| CREDENCE MANAGEMENT SOLUTIONS, LLC | |
| Defendant | |

**DEFENDANT'S RESPONSE STATING NO OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME**

Defendant, Credence Management Solutions, LLC ("Defendant"), in the above-entitled action, by and through its undersigned counsel, states that it has no opposition to Plaintiff's, Franklin Osvaldo Rubio ("Plaintiff"), Motion for Leave to File Opposition Out of Time (ECF No. 16). Defendant's lack of opposition to Plaintiff's Motion for Leave to File Opposition Out of Time should not be construed as a concession that any of the statements made or arguments advanced in Plaintiff's attachment, *i.e.*, Plaintiff's Opposition to Defendant's Motion to Dismiss, have legal or factual merit. Defendant will file a reply brief in accordance with the deadlines set by the Local Rules.

WHEREFORE, Defendant submits that Plaintiff's Motion for Leave to File Opposition Out of Time is ripe for consideration and that it will submit its reply brief in response to Plaintiff's Opposition to Defendant's Motion to Dismiss in the normal course.

{00228760 }

Dated October 17, 2025                        Respectfully Submitted,

                                              /s/ Matthew E. Feinberg
                                              Matthew E. Feinberg (Bar No. 991638)
                                              *mfeinberg@pilieromazza.com*
                                              **PILIEROMAZZA PLLC**
                                              1001 G Street NW, Suite 1100
                                              Washington, D.C. 20001
                                              Ph: (202) 857-1000
                                              Fx: (202) 857-0200

                                              *Counsel for Defendant, Credence*
                                              *Management Solutions, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew E. Feinberg, hereby certify that on October 17, 2025, a true copy of the foregoing document was served on each party appearing pro se by delivering a copy of the same via the United States District Court's online case filing system, CM/ECF, and by email, to:

Franklin Osvaldo Rubio (*pro se*)
*Rubio.franklin1@gmail.com*
1341 Montague Street NW
Washington, D.C. 20011

/s/ Matthew E. Feinberg
Matthew E. Feinberg

{00228760 }                                     3